NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CENTRIPETAL NETWORKS, LLC,**
*Appellant*

**v.**

**KEYSIGHT TECHNOLOGIES, INC.,**
*Appellee*

———————————

2024-1930

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01607.

———————————

**JUDGMENT**

———————————

ANDREI IANCU, Sullivan & Cromwell LLP, Los Angeles, CA, argued for appellant. Also represented by AVIV S. HALPERN, Palo Alto, CA; DANIEL J. RICHARDSON, JEFFREY B. WALL, Washington, DC; LAURIE STEMPLER, New York, NY; PAUL J. ANDRE, JAMES R. HANNAH, Herbert Smith Freehills Kramer (US) LLP, Redwood Shores, CA; JEFFREY PRICE, New York, NY.

JONATHAN IAIN MAX DETRIXHE, Reed Smith LLP, San Francisco, CA, argued for appellee. Also represented by

JONAH D. MITCHELL; GERARD M. DONOVAN, Washington, DC; JAMES CHRISTOPHER MARTIN, Pittsburgh, PA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (Before REYNA and CHEN, *Circuit Judges*, and FREEMAN, *District Judge.*[1])

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 12, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Beth Labson Freeman, District Judge, United States District Court for the Northern District of California, sitting by designation.